UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Katharine S. Hayden, U.S.D.J. |
| v. | : Crim. No. 08-09 |
| RASHEEM SMALL, ET AL. | : CONSENT ORDER |

This matter having been opened to the Court by defendant Donvae Barnes (Laurie Fierro, Esq., appearing) for an order modifying the motion schedule in this case, consented to by Christopher J. Christie, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), no objections having been received from counsel for the other defendants, and upon good cause shown:

WHEREFORE, it is on this 12 day of May 2008,

ORDERED that if the defendants intend to file motions, their motions shall be filed no later than June 19, 2008;

IT IS FURTHER ORDERED that any response by the Government to defendants' motions shall be filed no later than July 10, 2008; and

IT IS FURTHER ORDERED that the previously established motion schedule otherwise remains in effect.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

1